MR. GETZELL J. MURRELL
Reg.No.1954144
810 FM 2821
Huntsville, Texas 77349

12,866-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 26 2015

Abel Acosta, Clerk

August 24,2015

Texas Court Of Criminal Appeals
P.O. BOX 12308
Capital Station
Austin, Texas 78711
Abel Acosta, Clerk

RE: Writ of Habeas Corpus filed 1993.

To whom it may concern,

My name is Getzell Johnson Murrell. I am currently incarcerated within TDCJ. In 1993, while confined in Federal Bureau of Prisons, I filed a writ of habeas corpus pursuant to art. 11.07 in the trial court in Anderson County, Texas. On April 5,1993, I was final convicted of the offense of Aggravated Sexual Assault with a deadly weapon in Cause No. 22779. The writ filed was based on fundamental defective indictment. The trial court has no record of such a writ being filed in the 3Rd Judicial District Court in Anderson County and the Clerks Office, docket makes no mention of it. However, I do have a copy of the writ. I am requesting that you provide me with the writ number assigned to it upon the filing in the Court of Criminal Appeals or provide information that writ was never forwarded to the Court of Criminal Appeals, so I will know how to proceed with the current writ awaiting filing.

Your assistance in this matter will be greately appreciated.

Sincerely,

Getzell J. Murrell

Please find a self addressed stamp envelope enclosed for your response.